JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN GOMEZ, decedent; SHIRLEY SECREST, an individual; and IGNACIO NASH GOMEZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF VENTURA, a governmental entity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DEPUTY OSEGUERERA, an individual; SERGEANT RAMIREZ, an individual; SHIRLEY MORRISSEY, an individual; MARY LEE BALDUEZA, an individual; JANICE MOSS, an individual; CHRYSTAL PARAS, an individual; ERIKA COOLMAN, an individual; SUSAM VARGAS, an individual; JONATHAN DE FELIPE, an individual; and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants | Case No. 2:22-cv-05841-SVW (GJSx)<br><br>Honorable Stephen V. Wilson<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with Stipulation to Dismiss Entire Action with Prejudice]* |

1

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | Pursuant to the stipulation by and between the parties, through their                    |
| 2  | respective attorneys of record, IT IS HEREBY ORDERED that the above-                     |
| 3  | captioned action be and hereby is dismissed in its entirety, with prejudice, with all    |
| 4  | parties to bear their own costs and attorney's fees pursuant to Federal Rules of         |
| 5  | Civil Procedure, Rule 41(a)(1)(A)(ii).                                                   |
| 6  |                                                                                          |
| 7  | IT IS SO ORDERED.                                                                        |

DATED: August 18, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE